FILED BY _____ D.C.

05 AUG -2 AM 11:45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| SMURFIT-STONE CONTAINER CORP., ) | |
| ) | |
| Plaintiff, ) | Case No. 2:05-2433 |
| v. ) | |
| ) | |
| HART'S MANUFACTURING CO., INC. ) | |
| d/b/a HART FURNITURE ) | |
| ) | |
| Defendants. ) | |

## ORDER DENYING JUDGMENT BY DEFAULT

Plaintiffs, Smurfit-Stone Caontainer Corp. by and through Counsel, submitted motion for judgment by Default against Defendants Hart's Manufacturing Co. Inc. As grounds, Plaintiff states that Defendant(s) has failed to answer / plead to complaint.

**Entry of Default** may be entered when party whom a judgment is sought has failed to plead or otherwise provided and fact is made to appear by affidavit or otherwise. FRCvP 55 (a)

**Default Judgment** is therefore **DENIED** as there has been no Entry of Default as to the Defendant(s).

Entered this 2nd day of August, 2005.

THOMAS M. GOULD
Clerk of Court

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02433 was distributed by fax, mail, or direct printing on August 2, 2005 to the parties listed.

---

Thomas F. Barnett
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT