# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| SMURFIT-STONE CONTAINER, CORP., | ) ) ) |
| Plaintiff, | ) Case No. 2:05CV2433 |
| v. | ) ) |
| HART'S MANUFACTURING CO., INC. d/b/a HART FURNITURE | ) ) ) |
| Defendants. | ) ) |

FILED BY _____ D.C.

05 AUG -9 AM 10:51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

## ORDER GRANTING REQUEST FOR ENTRY OF DEFAULT

Upon the Motion for Entry of Default, entered on August 9, 2005, entry of **DEFAULT IS HEREBY GRANTED** against the defendant, Hart's Manufacturing Co. Inc. pursuant to FRCP 55(a).

On August 8, 2005, this Court filed the summons returned executed to Hart's Manufacturing, Co. Inc. as executed on June 16, 2005. Defendant had twenty days within which to answer or otherwise plead. Defendant Hart's Manufacturing Co. Inc. has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

In compliance with Rule 55(a), FRCP., plaintiff's motion for entry of default against the above-named defendant is **GRANTED**. In accordance to Rule 55(c) for good cause shown, the court may set aside an entry of default.

Entered this 9th day of August, 2005.

THOMAS M. GOULD
Clerk of Court

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02433 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Thomas F. Barnett
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT